HERBERT G. CRUMP, JR., Respondent, v. HARRIET S. CHRISTY, Appellant.— STALEY, JR., J.

1180

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.